IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
MAR 05 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| RICHARD S. TWETE, | CV 19-144-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| CLINTON RAY MULLIN, JR., A & C SOARING EAGLE TRUCKING, INC., ZACHARY MULLIN, DOES 1-20, | |
| Defendants. | |

Plaintiff, Richard S. Twete moves for the admission of Steven J. Leibel to practice before the Court in the above captioned matter with Jeffery A. Hunnes of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Plaintiff, Richard S. Twete's motion to admit Steven J. Leibel to appear *pro hac vice* (Doc. 6) is GRANTED and he is authorized to appear as counsel with Jeffery A. Hunnes pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 5th day of March, 2020.

SUSAN P. WATTERS
United States District Judge

1