IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RICHARD S. TWETE,<br><br>                        Plaintiff,<br><br>vs.<br><br>CLINTON RAY MULLIN, JR.,<br>A & C SOARING EAGLE<br>TRUCKING, INC., ZACHARY<br>MULLIN, DOES 1-20,<br><br>                        Defendants. | CV 19-144-BLG-SPW<br><br>ORDER |

Plaintiff, Richard S. Twete filed a Notice of Settlement and Motion for Stay (Doc. 47) on March 11, 2021.  Defendants objected to Plaintiff's Motion on March 12, 2021 (Doc. 48).  On April 1, 2021, Defendants filed a Notice of Withdrawal of Objection to Stay and Unopposed Motion to Stay Proceedings and Vacate Deadlines (Doc. 51).  Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Notice of Withdrawal of Objection to Stay and Unopposed Motion to Stay Proceedings and Vacate Deadlines (Doc. 51) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Richard S. Twete's Motion to Stay and Notice of Settlement (Doc. 47) is **GRANTED**.  This case is **STAYED** pending a decision in the bankruptcy court on the proposed settlement.

1

**IT IS FURTHER ORDERED** that the final pretrial conference presently set for Wednesday, April 21, 2021 at 1:30 p.m. and the trial set for Monday, May 3, 2021 at 9:00 a.m. are **VACATED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 6th day of April, 2021.

Susan P. Watters

SUSAN P. WATTERS
United States District Judge