UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RICHARD S. TWETE, | ) Case No. CV 19-144-BLG-SPW |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CLINTON RAY MULLIN, JR., | ) ORDER GRANTING |
| A & C SOARING EAGLE | ) PLAINTIFF'S UNOPPOSED |
| TRUCKING, INC., ZACHARY | ) PARTIAL MOTION TO |
| MULLIN, DOES 1 – 20, | ) DISMISS AND UNOPPOSED |
| | ) MOTION TO CONTINUE |
| Defendants. | ) STAY |
| | ) |

This matter comes before the Court on Plaintiff's Notice of Approval of Settlement, Unopposed Partial Motion to Dismiss, and Unopposed Motion to Continue Stay (Doc. 53). The Court having reviewed the stipulation filed in the consolidated bankruptcy cases in Case No. 20-10103-7 pending in the United States Bankruptcy Court for the District of Montana, and the Bankruptcy Court's Order dated April 21, 2021 approving the Stipulation and Compromise Agreement between Plaintiff and Defendants, and for good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Partial Motion to Dismiss (Doc. 53), be and hereby is, **GRANTED.** Defendants, Zachary R.J. Mullin

1

and A&C Soaring Eagle Trucking, Inc. are hereby **DISMISSED as Defendants in this action with prejudice.**

**IT IS FURTHER ORDERED** that Plaintiff's Unopposed Motion to Continue Stay (Doc. 53), be and hereby is, **GRANTED.** Further proceedings in this action are hereby stayed pending liquidation and consummation of the Stipulation approved by the Bankruptcy Court in the consolidated bankruptcy cases in Bankruptcy Case No. 20-10103-7.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 25th day of May 2021.

SUSAN P. WATTERS
United States District Judge